Kristie M. Kawakami Wong, Esq.
(Bar No. 08030)
PRINDLE, GOETZ, BARNES & REINHOLTZ LLP
3705 Waialae Avenue, Suite 208
Honolulu, Hawaii 96816
Telephone: (808) 735-5933
Facsimile: (808) 735-6997
kkawakami@prindlelaw.com

Attorneys for Defendants, MORNING STAR CRUISES, INC., KBOS, INC., PY INVESTMENTS, INC., PAUL S. K. YIP and KYONG MI YIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATHANIEL H. C. KIM, as Personal Representative of the Estate of KIYOSHI KURIMOTO, Deceased, SAYURI KURIMOTO, YUKIHIRO KURIMOTO, and YUKO KURIMOTO,<br><br>Plaintiffs,<br><br>v.<br><br>MORNING STAR CRUISES, INC., KBOS, INC., PY INVESTMENTS, INC., PAUL S. K. YIP, KYONG MI YIP, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, DOE ASSOCIATIONS 1-10, DOE LIMITED LIABILITY COMPANIES 1-10, DOE "NON-PROFIT" CORPORATIONS 1-10, and DOES GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | CIVIL NO.<br><br>**DISCLOSURE STATEMENT OF DEFENDANTS** |

**DISCLOSURE STATEMENT OF DEFENDANT**

Come now Defendants, MORNING STAR CRUISES, INC., KBOS, INC. and PY INVESTMENTS, INC., in the above-entitled cause of action, and file their Rule 7.1(a) Disclosure Statement as follows:

   As to Morning Star Cruises, Inc., all (100%) of its shares are owned by PY Investments, Inc.

   As to KBOS, Inc., all (100%) of its shares are owned by Paul Yip.

   As to PY Investments, Inc., all (100%) of its shares are owned by Paul Yip.

DATED: May 13, 2017

PRINDLE, GOETZ, BARNES & REINHOLTZ, LLP

By: _____
KRISTIE M. KAWAKAMI WONG
Attorneys for Defendants,
MORNING STAR CRUISES, INC.,
KBOS, INC., PY INVESTMENTS, INC.,
PAUL S. K. YIP and KYONG MI YIP

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| NATHANIEL H.C. KIM, as Personal Representative of the Estate of KIYOSHI KURIMOTO, Deceased, SAYURI KURIMOTO, YUKIHIRO KURIMOTO and YUKO KURIMOTO,<br><br>Plaintiff,<br><br>vs.<br><br>MORNING STAR CRUISES, INC., KBOS, INC., PAUL S.K. YIP, KYONG MI YIP, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, DOE ASSOCIATIONS 1-10, DOE LIMITED LIABILITY COMPANIES, 1-10, DOE "NON-PROFIT" CORPORATIONS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. 16-1-0278-02 RAN<br>(Other Non-Vehicle Tort)<br><br>Complaint Filed: February 12, 2016<br>Trial Date: None |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served upon the following individual via U.S. mail on May 15, 2017:

Arthur Y. Park
Patricia Kim Park
John C. McLaren
PARK & PARK
Harbor Square
700 Richards Street, Suite One
Honolulu, Hawaii 96813
Tel: (808) 536-3909

Mickey Yamanti
Harbor Square
700 Richards Street, Suite One
Honolulu, Hawaii 96813
Tel: (808) 531-6655

DATED: Long Beach, CA, May 15, 2017

PRINDLE, GOETZ, BARNES & REINHOLTZ LLP

By: _____
KIM FINE
Legal Assistant to KRISTIE M. KAWAKAMI WONG
Attorneys for Defendant, MORNING STAR CRUISES, INC.